UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McGHEE TONY DUCLOS,<br>CDCR #F-55976,<br><br>         Plaintiff,<br><br>v.<br><br>R. LA, Correctional Officer, et al.,<br>         Defendants. | Case No.: 3:22-CV-771 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS AENLLE AND JACKA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(ECF No. 21) |

  Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice as to Plaintiff's Claims Against Defendants Aenlle and Jacka Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 21). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** Plaintiff McGhee Tony Duclos's claims against Defendants Aenlle (erroneously named as "Nurse

///
///
///

1

Anelle") and Jacka (erroneously named as "RN Jacka Williams"). The Clerk of the Court **SHALL TERMINATE** this action as to Defendants Aenlle and Jacka.

**IT IS SO ORDERED.**

Dated: January 17, 2023

Hon. Janis L. Sammartino
United States District Judge