1  ROB BONTA
   Attorney General of California
2  LYNDSAY CRENSHAW
   Supervising Deputy Attorney General
3  SARAH E. SINGER
   Deputy Attorney General
4  State Bar No. 242841
    600 West Broadway, Suite 1800
5   San Diego, CA 92101
    P.O. Box 85266
6   San Diego, CA 92186-5266
    Telephone: (619) 321-5774
7   Fax: (619) 645-2581
    E-mail: Sarah.Singer@doj.ca.gov
8  *Attorneys for Defendants*

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14  McGHEE TONY DUCLOS, | 3:22-cv-00771-JLS-AHG |
| 15                    Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| 16 | |
| 17  v. | |
| 18  R. LA, et al., | |
| 19                  Defendants. | Judge: Hon. Janis L. Sammartino<br>Action Filed: May 26, 2022 |

20

21     The parties in this action stipulate and jointly move to dismiss this action

22  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

23  ///

24  ///

25  ///

26  ///

27  ///

28

                                         1

Each party will bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: 12/12/22                     _____
                                    Plaintiff in pro se

Dated: 12/20/2022                   _____
                                    SARAH E. SINGER
                                    Deputy Attorney General
                                    *Attorneys for Defendants*

SD2022303941
83719256

---
2

# CERTIFICATE OF SERVICE

Case Name:   **McGhee Duclos (F-55976) v. R. La, et al.**   Case No.   **3:22-cv-00771-JLS-AHG**

I hereby certify that on January 27, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 27, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

McGhee Duclos
CDCR No.: F-55976
Mule Creek State Prison
P.O. Box 409099
Ione, CA  95640

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 27, 2023, at San Diego, California.

|  |  |
|---|---|
| C. Ramirez | *C. Ramirez* |
| Declarant | Signature |

SD2022303941
83788136.docx