1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  McGHEE TONY DUCLOS,                    Case No.:  3:22-CV-771 JLS (AHG)
    CDCR #F-55976,
12                                         **ORDER GRANTING JOINT**
                                 Plaintiff,  **MOTION FOR DISMISSAL OF**
13                                         **ACTION WITH PREJUDICE**
    v.                                     **PURSUANT TO FEDERAL RULE**
14                                         **OF CIVIL PROCEDURE**
                                           **41(a)(1)(A)(ii)**
15
    R. LA, Correctional Officer, et al.,
16                               Defendants.
                                           (ECF No. 23)
17

18

19

20

21      Presently before the Court is the Parties' Joint Motion for Dismissal of Action with

22  Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF

23  No. 23).  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES**

24  **WITH PREJUDICE** the above-named action in its entirety.  As agreed by and between

25  / / /

26  / / /

27  / / /

28  / / /

1

1  the Parties, each shall bear its own costs and attorneys' fees.  As this concludes the litigation

2  in this matter, the Clerk of the Court **SHALL CLOSE** the file.

3       **IT IS SO ORDERED.**

4  Dated:  January 30, 2023

5                                        Hon. Janis L. Sammartino
                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22-CV-771 JLS (AHG)