McGhee Tony Duclos
#F55916/A1-112/CSP
P.O. Box 290066
Represa, CA 95671

March 28, 2023

Chambers of Magistrate Judge
Allison H. Goddard
221 West Broadway, Suite 3142
San Diego, CA 92101

Re: Emergency Relief

Dear Your Honor,

On December 07, 2022 I attend a Settlement Conference via Video Conference (Zoom) and my civil case was settled that very day.
- Case No.: #3:22-CV-00771-JLS-AHG
- Case Name: McGhee Tony Duclos Vs. R. La et al.
- Settlement Amount: $4,500

Well it's now been over 120 days and the settlement amount is still not in my personal inmate trust Account. I need the funds deposited into my account so that I can proceed on with another civil case that has arised here in CDCR.

FILED
Apr 05 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ shellyyeager DEPUTY

I was thinking of filing a Habeas Corpus ordering the courts to have the defendants (the State) issue out my funds as soon as possible but I figured I'd write you this letter first. I really need the settlement relief issued out to me. I've written the defendants personally and I never recieved a response from them.

So, hopefully soon I'd be able to recieve a response from you on how I can go about recieving my funds. It's been over 120 days (months-4) now and I believe that I should have recieved it long ago which is why I had suggested that it was/should have been deposited into my personal account through my family. It would have prevented me from going through this delay today.

Well thanks looking forward to hearing from you soon.



CALIFORNIA STATE PRISON--Sacramento
P.O. BOX 290066
Represa, CA 95671

NAME: McGhee Tony Duclos
CDCR#: F55976 Facility/Bed: A - 1 - 112

**STATE PRISON
GENERATED MAIL**

Pri SACRAMENTO CA 957
CSP-SACRAMENTO
29 MAR 2023 PM 5 L

RECEIVED
MAR 29 2023
CSP-SAC MAILROOM

US POSTAGE PITNEY BOWES
ZIP 95630  $ 000.60
02 4W
0000338428 MAR 29 2023

Chambers of Magistrate Judge
Allison H. Goddard
221 West Broadway, Suite 3142
San Diego, CA 92101

LEGAL                92101-897492

c/o costello 04548 3/29/23

UNAUTHORIZED ITEMS WITHIN INMATE MAIL
If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval

- No padded envelopes, cardboard, bubble wrap.
- No musical greeting cards, video's, CD's or cassette tapes.
- No Cash, No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photo drawings, magazines, and/or pictorials displaying frontal nudity of either gender.
- Nothing which depicts, displays or describes sexual penetration or sexual acts.
- NO gang affiliated material, hand gestures or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid, and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No Lipstick, perfume, cologne, or scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

AUTHORIZED ITEMS WITHIN INMATE MAIL

- 40 Postage Stamps /40 envelopes
- Letters/greeting cards
- Checks/money order with Inmate's name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) MUST come directly from vendor
- For funds to be mailed directly to inmates account, send through www.jpay.com or (800) 574-5729.